B1 Official Form 1 (04/13)                                                               Page 1

### United States Bankruptcy Court
### District of Delaware

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Suntech America, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Suntech Power** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**75-3219235** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State):<br>**501 Second Street, Suite 575,**<br>**San Francisco, CA 94107**     ZIP CODE **94107** | Street Address of Joint Debtor (No. & Street, City, State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**San Francisco County, CA** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check **one** box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter)

-------------------------------------

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over-100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 Million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

THIS SPACE IS FOR COURT USE ONLY

B1 Official Form 1 (04/13)                                                                    Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Suntech America, Inc.** | | |
|---|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | | |
| Location Where Filed: | Case Number: | | Date Filed: |
| Location Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | | |
| Name of Debtor:<br>**See Schedule 1 attached hereto** | Case Number: | | Date Filed: |
| District: | Relationship: | | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐    Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☒    No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                               _____
                                (Name of landlord that obtained judgment)

                                 _____
                                 (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

B1 Official Form 1 (12/07)            Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): Suntech America, Inc. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>    (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X */s/ Mark D. Collins*<br>Signature of Attorney for Debtor(s)<br><br>Mark D. Collins (No. 2981)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Phone: 302-651-7700<br><br>Date: January 12, 2015<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security Number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X _____<br>    Signature<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Robert Moon*<br>Signature of Authorized Individual<br><br>Robert Moon<br>Printed Name of Authorized Individual<br>Chief Restructuring Officer<br>Title of Authorized Individual<br>January 12, 2015<br>Date | |

## SCHEDULE 1

### LIST OF AFFILIATED DEBTORS

On the date hereof, each of the affiliated entities listed below filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, in the United States Bankruptcy Court for the District of Delaware. Contemporaneously herewith, these entities filed a motion requesting the joint administration of these chapter 11 cases for procedural purposes only under the case number assigned to Suntech America, Inc.

1. Suntech America, Inc.

2. Suntech Arizona, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                     :

In re:                                         :    Chapter 11

SUNTECH AMERICA, INC.,        :    Case No. 15-_____ (___)

            Debtor.                    :    (Joint Administration Requested)
                                                    :    Tax I.D. 75-3219235
---------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

      Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% of more of any class of equity interests in the above-captioned debtor.

| Holder | Kind of Interest | Percentage Ownership |
|---|---|---|
| Suntech ES Holdings, Inc. | Equity | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Robert Moon, the undersigned authorized officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: January 12, 2015

Name: Robert Moon
Title: Chief Restructuring Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
                                                          :
In re:                                                    :   Chapter 11
                                                          :
SUNTECH AMERICA, INC.,                                    :   Case No. 15-_____ (___)
                                                          :
         Debtor.                                          :   (Joint Administration Requested)
                                                          :   Tax I.D. 75-3219235
----------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following is a list of any entities holding an interest in the above-captioned debtor.

| Name and Last Known Address or Place of Business of Holder | Kind of Interest | Amount of Interest Held |
|---|---|---|
| Suntech ES Holdings, Inc. | Equity | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Robert Moon, the undersigned authorized officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: January 12, 2015

Name: Robert Moon
Title: Chief Restructuring Officer

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re:  Chapter 11

SUNTECH AMERICA, INC., et al.,  Case No. 15-_____ (___)

Debtors.

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS[1]

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
| WUXI SUNTECH POWER CO., LTD. 9 XIN HUA ROAD NEW DISTRICT WUXI JIANGSU PROVINCE, 214028 CHINA | WUXI SUNTECH POWER CO., LTD. 9 XIN HUA ROAD NEW DISTRICT WUXI JIANGSU PROVINCE, 214028 CHINA FAX: 86-510-85344214 | FORMER INTERCOMPANY | DISPUTED, SUBJECT TO SETOFF | $143,935,132.69 |
| GINTECH ENERGY CORPORATION NO. 21, KEBEI 1ST RD. HSINCHU SCIENCE PARK JHUNAN TOWNSHIP MIAOLI COUNTY TAIWAN 250, CHINA | GINTECH ENERGY CORPORATION NO. 21, KEBEI 1ST RD. HSINCHU SCIENCE PARK JHUNAN TOWNSHIP MIAOLI COUNTY TAIWAN 250, CHINA FAX: 886-37-586-199 | VENDOR | | $1,703,177.35 |

---

[1] Nothing herein shall constitute an admission of liability by, or be binding on, the Debtors. The Debtors reserve all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount or status of any such claim or debt. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority and/or amount of any such claim.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| SUNTECH POWER ASIA PACIFIC LIMITED 21/F EDINBURGH TOWER THE LANDMARK 15 QUEEN'S RD. HONG KONG | SUNTECH POWER ASIA PACIFIC LIMITED 21/F EDINBURGH TOWER THE LANDMARK 15 QUEEN'S RD. HONG KONG FAX: 86 (510) 8534 4214-0006 | FORMER INTERCOMPANY | DISPUTED, SUBJECT TO SETOF | $690,653.72 |
| CHANGZHOU ALMADEN CO., LTD. NO. 639, QINGLONG EAST ROAD CHANGZHOU JIANGSU, CHINA | CHANGZHOU ALMADEN CO., LTD. NO. 639, QINGLONG EAST ROAD CHANGZHOU JIANGSU, CHINA FAX: 86-519-88880015 | VENDOR | | $115,577.36 |
| TONGLIN ELECTRIC YANGZHONG ECONOMIC DEVELOPMENT ZONE 666 PORT RD. 21200, CHINA | TONGLIN ELECTRIC YANGZHONG ECONOMIC DEVELOPMENT ZONE 666 PORT RD. 21200, CHINA FAX: 0511-88368551 | VENDOR | | $80,035.20 |
| SPECIALIZED TECHNOLOGY RESOURCES 10 WATER ST. ENFIELD, CT 06082 | SPECIALIZED TECHNOLOGY RESOURCES 10 WATER ST. ENFIELD, CT 06082 | VENDOR | | $55,634.88 |
| BANK OF CHINA 410 MADISON AVE. NEW YORK, NY 10017 | BANK OF CHINA 410 MADISON AVE. NEW YORK, NY 10017 FAX: (212) 593-1831 | LETTER OF CREDIT | | $24,077.78 |
| PHOENIX PACKAGING 1160 E. MAIN ST. MOUNT JOY, PA 17522 | PHOENIX PACKAGING 1160 E. MAIN ST. MOUNT JOY, PA 17522 FAX: (717) 653-5209 | VENDOR | | $21,492.45 |
| O'MELVENY AND MYERS LLP TWO EMBARCADERO CENTER, 28TH FL. SAN FRANCISCO, CA 94111 | O'MELVENY AND MYERS LLP TWO EMBARCADERO CENTER, 28TH FL. SAN FRANCISCO, CA 94111 FAX: (415) 984-8701 | VENDOR | | $15,503.00 |
| TONSAN 40 YOUXIANG RD. WUZHONG ECONOMIC DEVELOPMENT ZONE SUZHOU, 215000 CHINA | TONSAN 40 YOUXIANG RD. WUZHONG ECONOMIC DEVELOPMENT ZONE SUZHOU, 215000 CHINA | VENDOR | | $11,452.30 |
| CAMERON PARK SENIOR LIVING LLC 3081 PONTE MORINO DR. CAMERON PARK, CA 95682 | CAMERON PARK SENIOR LIVING LLC 3081 PONTE MORINO DR. CAMERON PARK, CA 95682 | PLAINTIFF | CONTINGENT, DISPUTED | UNLIQUIDATED |
| CENTEX C/O PULTEGROUP, INC. 3350 PEACHTREE ROAD, NE, ATLANTA, GA 30326 | CENTEX C/O PULTEGROUP, INC. 3350 PEACHTREE ROAD, NE, ATLANTA, GA 30326 | PLAINTIFF | CONTINGENT, DISPUTED | UNLIQUIDATED |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| ENERGY CONVERSION DEVICES, INC. 3800 LAPEER RD. AUBURN HILLS, MI 48326 | ENERGY CONVERSION DEVICES, INC. 3800 LAPEER RD. AUBURN HILLS, MI 48326 | PLAINTIFF | CONTINGENT, DISPUTED | UNLIQUIDATED |
| LOGISTICS PLUS INC. 1406 PEACH ST. ERIC, PA 16512-1288 | LOGISTICS PLUS INC. 1406 PEACH ST. ERIC, PA 16512-1288 FAX: (814) 461-7635 | VENDOR | DISPUTED | UNLIQUIDATED |
| HARRY FLEMING 507 RAMBLEWOOD HOUSTON, TX 77079 | HARRY FLEMING 507 RAMBLEWOOD HOUSTON, TX 77079 | PLAINTIFF | CONTIGENT, DISPUTED | UNLIQUIDATED |
| PACIFIC OAK DEVELOPMENT INC. 2452 BAYVIEW AVE. CARMEL, CA 93923 | PACIFIC OAK DEVELOPMENT INC. 2452 BAYVIEW AVE. CARMEL, CA 93923 | PLAINTIFF | CONTINGENT, DISPUTED | UNLIQUIDATED |
| SOLYNDRA LLC 2101 CEDAR SPRINGS RD., SUITE 1100 DALLAS, TX 75201 | SOLYNDRA LLC 2101 CEDAR SPRINGS RD., SUITE 1100 DALLAS, TX 75201 | PLAINTIFF | CONTINGENT, DISPUTED | UNLIQUIDATED |
| US CUSTOMS AND BORDER PROTECTION 6650 TELECOM DR., SUITE 100 INDIANAPOLIS, IN 46278 | US CUSTOMS AND BORDER PROTECTION 6650 TELECOM DR., SUITE 100 INDIANAPOLIS, IN 46278 FAX: (317) 248-4174 | US CUSTOMS AGENCY | DISPUTED | UNLIQUIDATED |
| CA STATE BOARD OF EQUALIZATION 121 SPEAR ST., SUITE 460 SAN FRANCISCO, CA 94105 | CA STATE BOARD OF EQUALIZATION SHUPING HOU 121 SPEAR ST., SUITE 460 SAN FRANCISCO, CA 94105 FAX: (415) 356-6112 | SALES TAX | DISPUTED | UNLIQUIDATED |
| WILLIAM & CINDY KUFFNER 22 LA VISTA WAY DANVILLE, CA 94506 | WILLIAM & CINDY KUFFNER 22 LA VISTA WAY DANVILLE, CA 94506 | PLAINTIFF | CONTINGENT, DISPUTED | UNLIQUIDATED |

## DECLARATION UNDER PENALTY OF PERJURY

I, Robert Moon, the undersigned authorized officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: January 12, 2015

Name: Robert Moon
Title: Chief Restructuring Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
SUNTECH AMERICA, INC.,                        :   Case No. 15-_____ (____)
                                              :
         Debtor.                              :   (Joint Administration Requested)
                                              :   Tax I.D. 75-3219235
-----------------------------------------------------------x
```

## CONSOLIDATED LIST OF ALL CREDITORS

     Suntech America, Inc. and Suntech Arizona, Inc. (collectively, the "Debtors") have prepared a consolidated list of creditors in accordance with Fed. R. Bankr. P. 1007(a)(1) which has been separately transmitted to the Clerk of the Court.

     The list has been prepared on a consolidated basis from the books and records of the Debtors. The list contains only those creditors whose names and addresses were maintained in the Debtors' databases or were otherwise readily ascertainable by the Debtors prior to the commencement of this case.

     Certain of the creditors listed may not hold outstanding claims against any of the Debtors as of the commencement date and, therefore, may not be creditors for purposes of these cases. By submitting the list, the Debtors in no way waive or prejudice their rights to dispute the extent, validity or enforceability of the claims, if any, held by parties identified therein.

     The information presented in the list shall not constitute an admission by, nor is it binding upon, the Debtors.

## DECLARATION UNDER PENALTY OF PERJURY

I, Robert Moon, the undersigned authorized officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: January 12, 2015

Name: Robert Moon
Title: Chief Restructuring Officer

## ACTION BY UNANIMOUS WRITTEN CONSENT OF

## THE BOARD OF DIRECTORS OF

## SUNTECH AMERICA, INC.

December 26, 2014

In accordance with Section 141(f) of the Delaware General Corporation Law (the "DGCL"), the undersigned, being the sole member of the Board of Directors (the "Board") of Suntech America, Inc., a Delaware corporation (the "Company"), does hereby consent and approve the following resolutions by unanimous written consent and effective as of the date set forth above.

**WHEREAS,** the undersigned and the Company believe, in their business judgment, that filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), is in the best interest of the Company;

**NOW, THEREFORE, BE IT AND IT HEREBY IS RESOLVED,** that the Company shall be, and hereby is, authorized and directed to: (a) file a voluntary petition (the "Petition") for relief under Chapter 11 of the Bankruptcy Code with the Bankruptcy Court, and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing;

**RESOLVED FURTHER,** that Mr. Robert Moon, Chief Restructuring Officer, and Mr. Paul Toan, Senior Director of Finance (collectively, the "Designated Individuals") shall be, and each of them, acting alone, hereby is, authorized and empowered on behalf of and in the name of the Company to: (a) execute and verify the Petition, as well as all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Individuals, in such individual's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Individual); (b) execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as any such Designated Individual may approve;

**RESOLVED STILL FURTHER,** that the Company, and each Designated Individual on behalf of the Company shall be, and each of them hereby is, authorized and empowered to retain, on behalf of the Company, (a) Richards, Layton & Finger, P.A., as general bankruptcy and restructuring counsel to the Company, and (b) such additional professionals, including attorneys,

1

accountants, financial advisors, investment bankers, consultants or brokers, in each case as in such individual's or individuals' judgment may be necessary or desirable in connection with the Company's Petition and other related matters, on such terms as such individual or individuals shall approve;

**RESOLVED STILL FURTHER,** that in addition to the specific authorizations heretofore conferred upon the Designated Individuals of the Company, each of the Designated Individuals of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees and attorneys' fees and retainers, in each case as in such Designated Individuals' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

**RESOLVED STILL FURTHER,** that all acts lawfully done or actions lawfully taken or to be taken by the Designated Individuals in connection with the implementation of these resolutions hereby are in all respects ratified, confirmed and approved.

This action by unanimous written consent of the Board of the Company shall be filed with the minutes of the proceedings of the Board. Any copy, facsimile, or other reliable reproduction of this consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used, provided that such copy, facsimile, or other reproduction be a complete reproduction of the entire original writing.

_____
Michael Nacson

2