IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SUNTECH AMERICA INC., *et al.*[1] | Case No. 15-10054 (CSS)<br>Jointly Administered |
| Debtors. | |

## NOTICE OF APPOINTMENT OF
## COMMITTEE OF UNSECURED CREDITORS

      Pursuant to section 1102(a)(1) of title 11 of the United States Code, I hereby appoint the following persons/entities to the Committee of Unsecured Creditors in connection with the above captioned case:

      1.    **Gintech Energy Corp.**, Attn: Andries Schutte, Legal Director, No. 21, Kebei 1st Road, Hsinchu Science Park, Jhunan Township, Miaoli County, Hsunhu, Taiwan, 350, Phone: 886-2-2656-2000; Fax: 886-2-2656-0583.

      2.    **The Solyndar Residual Trust**, Attn: R. Todd Neilson, Solyndra Residual Trustee, Berkeley Research Group, LLC, 2049 Century Park East, Suite 2525, Los Angeles, CA 90067, Phone: 310-499-4934; Fax: 310-557-8982.

      3.    **Wuxi Suntech Power Co., Ltd.**, Attn: Dongxia Hang, Legal General Counsel, 9 Xinhua Road New District Wuxi, Jiangsu Province PRC, Phone: 86-510-8531-8661, Fax: 86-510-8534-4214-7701.

                                        ANDREW R. VARA
                                        Acting United States Trustee, Region 3

                                        /s/ Tiiara N. A. Patton, for
                                        T. PATRICK TINKER
                                        ASSISTANT U.S. TRUSTEE

Dated: January 22, 2015

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of the Debtors' federal tax identification numbers, arc Suntech America, Inc. (9235) and Suntech Arizona, Inc. (0353). The Debtors' mailing address is 50 I Second Street, Suite 575, San Francisco, CA 94107.