## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
In re:                                        :    Chapter 11
                                              :
SUNTECH AMERICA, INC., et al.,                :    Case No. 15-10054 (CSS)
                                              :
          Debtors.1                           :    Jointly Administered
                                              :
-------------------------------------------------------- x
```

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON FEBRUARY 9, 2015 AT 2:00 P.M. (EST)

<div style="border:1px solid black">

### AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING
### HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.

</div>

**I.      CONTINUED MATTER:**

1.      Motion of Debtors for an Order Authorizing Suntech Arizona, Inc. to Sell Certain Assets Free and Clear of All Liens, Claims and Encumbrances [Docket No. 32; filed January 19, 2015]

Objection/Response Deadline:          February 2, 2015 at 4:00 p.m. (EST); extended for the Official Committee of Unsecured Creditors (the "**Committee**") and the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**")

Objections/Responses Received:

A.      Informal comments from the Committee

B.      Informal comments from the U.S. Trustee

Related Documents:   None to date.

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of the Debtors' federal tax identification numbers, are Suntech America, Inc. (9235) and Suntech Arizona, Inc. (0353). The Debtors' mailing address is 501 Second Street, Suite 575, San Francisco, CA 94107.

[2]      **Amended/Added agenda items are noted in bold.**

Status: The hearing regarding this matter has been continued to a date to be determined.

## II.    UNCONTESTED MATTERS WITH CERTIFICATIONS OF COUNSEL:

2.    Motion of Debtors for an Order (I) Authorizing Continued Use of Existing Cash Management System and (II) Granting Certain Related Relief [Docket No. 5; filed January 12, 2015]

Objection/Response Deadline:        February 2, 2015 at 4:00 p.m. (EST)

Objections/Responses Received:

A.    Informal comments from the Committee

Related Documents:

i.    Interim Order (I) Authorizing Continued Use of Existing Cash Management System and (II) Granting Certain Related Relief [Docket No. 19; entered January 13, 2015]

ii.    Notice of (1) Entry of "Interim Order Authorizing Continued Use of Existing Cash Management System and (II) Granting Certain Related Relief" and (2) Scheduling of a Final Hearing Thereon [Docket No. 23; filed January 13, 2015]

iii.    Certification of Counsel Regarding Final Order (I) Authorizing Continued Use of Existing Cash Management System and (II) Granting Certain Related Relief [Docket No. 73; filed February 4, 2015]

iv.    **Final Order (I) Authorizing Continued Use of Existing Cash Management System and (II) Granting Certain Related Relief [Docket No. 79; entered February 5, 2015]**

Status: **On February 5, 2015, the Court entered the proposed form of order that was submitted under certification of counsel. Consequently, no hearing with respect to this matter is required.**

3.    Motion of Debtors for an Order (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 6; filed January 12, 2015]

Objection/Response Deadline:        February 2, 2015 at 4:00 p.m. (EST)

Objections/Responses Received:

2

A.  Objection of Arizona Public Service Company to the Motion of Debtors for an Order (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 44; filed January 22, 2015]

Related Documents:

i.  Interim Order (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 17; entered January 13, 2015]

ii.  Notice of (1) Entry of "Interim Order (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment" and (2) Scheduling of a Final Hearing Thereon [Docket No. 22; filed January 13, 2015]

iii.  Notice of Withdrawal of Objection of Arizona Public Service Company to the Motion of Debtors for an Order (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 66; filed February 2, 2015]

iv.  Certification of Counsel Regarding Final Order (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 69; filed February 4, 2015]

v.  **Final Order (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 81; entered February 5, 2015]**

Status:  **On February 5, 2015, the Court entered the proposed form of order that was submitted under certification of counsel. Consequently, no hearing with respect to this matter is required.**

4.      Motion of Debtors for Order Under 11 U.S.C. §§ 105(a), 363(b), 363(c), 507(a), 541, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 (I) Authorizing Payment of Certain Prepetition Workforce Obligations, Including Compensation, Benefits, Expense Reimbursements and Related Obligations, (II) Confirming Right to Continue Workforce Programs on Postpetition Basis, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators of, or Third Party Providers under, Workforce Programs and (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments [Docket No. 7; filed January 12, 2015]

> Objection/Response Deadline:      February 2, 2015 at 4:00 p.m. (EST); extended for the Committee and the U.S. Trustee to March 10, 2015 at 5:00 p.m. (EDT) with respect to approval of the Severance Program (as defined in this motion)

> Objections/Responses Received:
>
> A.      Informal comments from the Committee
>
> B.      Informal comments from the U.S. Trustee
>
> Related Documents:
>
> i.      Interim Order (I) Authorizing Payment of Certain Prepetition Workforce Obligations, Including Compensation, Benefits, Expense Reimbursements and Related Obligations, (II) Confirming Right to Continue Workforce Programs on Postpetition Basis, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators of, or Third Party Providers under, Workforce Programs and (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments [Docket No. 20; entered January 13, 2015]
>
> ii.      Notice of (1) Entry of "Interim Order (I) Authorizing Payment of Certain Prepetition Workforce Obligations, Including Compensation, Benefits, Expense Reimbursements and Related Obligations, (II) Confirming Right to Continue Workforce Programs on Postpetition Basis, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators of, or Third Party Providers under, Workforce Programs and (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments" and (2) Scheduling of a Final Hearing Thereon [Docket No. 24; filed January 13, 2015]

     iii.    Certification of Counsel Regarding Final Order Granting Relief Requested in Debtors' Workforce Motion [Docket No. 75; filed February 5, 2015]

     iv.    **Final Order (I) Authorizing Payment of Certain Prepetition Workforce Obligations, Including Compensation, Benefits, Expense Reimbursements and Related Obligations, (II) Confirming Right to Continue Workforce Programs on Postpetition Basis, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators of, or Third Party Providers under, Workforce Programs and (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments [Docket No. 84; entered February 5, 2015]**

     <u>Status</u>:  **On February 5, 2015, the Court entered the proposed form of order that was submitted under certification of counsel. Consequently, no hearing with respect to this matter is required.**

5.    Debtors' Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 38; filed January 21, 2015]

     <u>Objection/Response Deadline</u>:     February 2, 2015 at 4:00 p.m. (EST)

     <u>Objections/Responses Received</u>:

     A.    Informal comments from the U.S. Trustee

     <u>Related Documents</u>:

     i.    Certification of Counsel Regarding Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 72 ; filed February 4, 2015]

     ii.    **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 85; entered February 5, 2015]**

     <u>Status</u>:  **On February 5, 2015, the Court entered the proposed form of order that was submitted under certification of counsel. Consequently, no hearing with respect to this matter is required.**

6.    Application of Debtors for Entry of an Order Authorizing the Employment and Retention of UpShot Services LLC as Administrative Agent *Nunc Pro Tunc* to Petition Date [Docket No. 39; filed January 21, 2015]

     <u>Objection/Response Deadline</u>:     February 2, 2015 at 4:00 p.m. (EST)

     <u>Objections/Responses Received</u>:

A.      Informal comments from the U.S. Trustee

Related Documents:

i.      Supplemental Declaration of Travis K. Vandell in Further  Support of Application of Debtors for Entry of an Order Authorizing the Employment and Retention of UpShot Services LLC as Administrative Agent *Nunc Pro Tunc* to Petition Date [Docket No. 63; filed January 30, 2015]

ii.     Certification of Counsel Regarding Order Authorizing the Employment and Retention of UpShot Services LLC as Administrative Agent *Nunc Pro Tunc* to Petition Date [Docket No. 71; filed February 4, 2015]

iii.    **Order Authorizing the Employment and Retention of UpShot Services LLC as Administrative Agent *Nunc Pro Tunc* to Petition Date [Docket No. 80; entered February 5, 2015]**

Status: **On February 5, 2015, the Court entered the proposed form of order that was submitted under certification of counsel. Consequently, no hearing with respect to this matter is required.**

7.    Application to Employ and Retain Richards, Layton & Finger, P.A. as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 40; filed January 21, 2015]

Objection/Response Deadline:          February 2, 2015 at 4:00 p.m. (EST)

Objections/Responses Received:

A.      Informal comments from the U.S. Trustee

Related Documents:

i.      Declaration of Robert Moon in Support of Application to Employ and Retain Richards, Layton and Finger, P.A. as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 67; filed February 4, 2015]

ii.     Supplemental Declaration of Mark D. Collins in Further Support of Application to Employ and Retain Richards, Layton & Finger, P.A. as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 68; filed February 4, 2015]

iii.    Certification of Counsel Regarding Order Authorizing the Employment and Retention of Richards, Layton & Finger, P.A. as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 70; filed February 4, 2015]

    iv.     **Order Authorizing the Debtors to Employ and Retain Richards, Layton & Finger, P.A. as Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 82; entered February 5, 2015]**

    <u>Status</u>:   **On February 5, 2015, the Court entered the proposed form of order that was submitted under certification of counsel. Consequently, no hearing with respect to this matter is required.**

8.    Debtors' Motion for an Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business, Effective *Nunc Pro Tunc* to the Petition Date [Docket No 41; filed January 21, 2015]

    <u>Objection/Response Deadline</u>:    February 2, 2015 at 4:00 p.m. (EST); extended for the Committee and the U.S. Trustee

    <u>Objections/Responses Received</u>:

    A.     Informal comments from the Committee

    B.     Informal comments from the U.S. Trustee

    <u>Related Documents</u>:

    i.     Certification of Counsel Regarding Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 76; filed February 5, 2015]

    ii.    **Order Authorizing the Debtors to Employ and Compensate Professionals Utilized in the Ordinary Course of Business, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 83; entered February 5, 2015]**

    <u>Status</u>:   **On February 5, 2015, the Debtors filed a proposed form of order under certification of counsel. Accordingly, a hearing regarding this matter is required only to the extent the Court has any questions or concerns.**

9.    Debtors' Motion for Order Establishing Bar Dates for Filing Claims and Approving Form and Manner of Notice Thereof [Docket No. 42; filed January 21, 2015]

    <u>Objection/Response Deadline</u>:    February 2, 2015 at 4:00 p.m. (EST); extended for the Committee and the U.S. Trustee

    <u>Objections/Responses Received</u>:

A.    Informal comments from the Committee

B.    Informal comments from the U. S. Trustee

Related Documents:

i.    Certification of Counsel Regarding Order Establishing Bar Dates for Filing Claims and Approving Form and Manner of Notice Thereof [Docket No. 77; filed February 5, 2015]

ii.    **Order Establishing Bar Dates for Filing Claims and Approving Form and Manner of Notice Thereof [Docket No. 86; entered February 5, 2015]**

Status: **On February 5, 2015, the Court entered the proposed form of order that was submitted under certification of counsel. Consequently, no hearing with respect to this matter is required.**

### III.    UNCONTESTED MATTER GOING FORWARD:

10.    Motion of Debtors for Entry of an Order Authorizing the Assumption of a Purchase Order [Docket No. 43; filed January 21, 2015]

Objection/Response Deadline:        February 2, 2015 at 4:00 p.m. (EST); extended for the Committee and the U.S. Trustee

Objections/Responses Received:

A.    Informal comments from the Committee

B.    Informal comments from the U. S. Trustee

Related Documents:    None to date.

Status: **The Debtors intend to file a proposed form of order under certification of counsel resolving this matter. The Court has informed the Debtors that a hearing reading this matter is not required.**

RLF1 11459036v.1

Date: February 6, 2015
     Wilmington, Delaware

RICHARDS, LAYTON & FINGER, P.A.

/s/  *Zachary I. Shapiro*
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
William A. Romanowicz (No. 5794)
920 N. King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Facsimile:  302-651-7701
E-mail:  collins@rlf.com
        heath@rlf.com
        shapiro@rlf.com
        romanowicz@rlf.com

*Counsel for Debtors and Debtors in Possession*

RLF1 11459036v.1