IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                     :    Chapter 11
                                           :
SUNTECH AMERICA, INC., et al.,             :    Case No. 15-10054 (CSS)
                                           :
                    Debtors.               :    Jointly Administered
                                           :
---------------------------------------------------------- x

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
PURSUANT TO DEL. BANKR. L.R. 9010-1**

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves for the admission *pro hac vice* of Mikael Abye of Shearman & Sterling LLP, Four Embarcadero Center, Suite 3800, San Francisco, CA 94111-5994 to represent the above-captioned debtors and debtors in possession.

| | |
|---|---|
| Dated:  January 12, 2016<br>          Wilmington, Delaware | */s/ Zachary I. Shapiro*<br>Mark D. Collins (No. 2981)<br>Zachary I. Shapiro (No. 5103)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 651-7700<br>Email:  collins@rlf.com<br>            shapiro@rlf.com |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: January 15th, 2016**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 13395458v.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective February 1, 2015. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

                                                */s/ Mikael Abye*
                                                Mikael Abye
                                                SHEARMAN & STERLING LLP
                                                Four Embarcadero Center, Suite 3800
                                                San Francisco, CA 94111-5994
                                                Telephone: (415) 616-1100
                                                E-mail:  mikael.abye@shearman.com