**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
SUNTECH AMERICA, INC., et al.,                               :    Case No. 15-10054 (CSS)
                                                             :
        Debtors.[1]                                  :    Jointly Administered
                                                             :
------------------------------------------------------------ x

## NOTICE OF RESCHEDULED OMNIBUS HEARING DATE AND TIME

PLEASE TAKE NOTICE that the omnibus hearing scheduled to be held in the above-captioned chapter 11 cases on **April 11, 2016 at 1:00 p.m. (prevailing Eastern Time)** (the "**April 11 Hearing**") has been rescheduled at the direction of the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that all matters originally scheduled to go forward at the April 11 Hearing will now go forward at the hearing scheduled for **April 27, 2016 at 1:00 p.m. (prevailing Eastern Time)** before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of the Debtors' federal tax identification numbers, are Suntech America, Inc. (9235) and Suntech Arizona, Inc. (0353). The Debtors' mailing address is 2721 Shattuck Ave., #304, Berkeley, CA 94705.

RLF1 14029417v.1

| | |
|---|---|
| Dated: February 26, 2016<br>Wilmington, Delaware | RICHARDS, LAYTON & FINGER, P.A.<br><br> /s/ Rachel L. Biblo<br>Mark D. Collins (No. 2981)<br>Paul N. Heath (No. 3704)<br>Zachary I. Shapiro (No. 5103)<br>Rachel L. Biblo (No. 6012)<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>       heath@rlf.com<br>       shapiro@rlf.com<br>       biblo@rlf.com<br><br>*Counsel for Debtors and Debtors in Possession* |